IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
|  | * |  |
| **UNITED STATES OF AMERICA** |  |  |
| **Plaintiff,** |  |  |
| v. | * | CRIMINAL NO. 14-291 |
|  |  |  |
| **RAMONA YEAGER** |  |  |
| **Defendant.** | * |  |

## NOTICE OF APPEARANCE

COMES NOW the undersigned, Dennis J. Knizley and gives this notice of appearance as counsel for the Defendant, Ramona Yeager, in this cause.

Respectfully submitted,

/s/ Dennis J. Knizley
Dennis J. Knizley
Attorney for the Defendant
7 N. Lawrence Street
Mobile, Alabama 36602
Phone: (251) 432-3799
Fax:    (251) 432-4539

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of December, 2014, served a true and correct copy of the foregoing pleading by electronically filing same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant U.S. Attorney Gregory Bordenkircher.

/s/ Dennis J. Knizley